UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANDREW BROOKMAN, Petitioner, -v- AEGIS CAPITAL CORP., et al., Respondents. | : | 26-CV-5011 (JAV) <br> ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On June 12, 2026, Petitioner filed a petition to vacate an arbitration award. Proceedings to vacate an arbitration award must be treated "akin to a motion for summary judgment." *City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 136 (2d Cir. 2011). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to vacate by **August 12, 2026**. Respondents' opposition, if any, is due on **September 2, 2026**. Petitioner's reply, if any, is due **September 9, 2026**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **August 12, 2026,** and shall file an affidavit of such service with the court no later than **August 13, 2026**.

SO ORDERED.

Dated: July 22, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge